FRANKLIN COUNTY MUNICIPAL COURT
CLERK OF COURT, 3RD FLOOR
375 SOUTH HIGH STREET
COLUMBUS, OHIO 43215
www.fcmcclerk.com/dept/clerk/civil.php

SUMMONS    DATE: April 13, 2021

**EXHIBIT 1**

TO THE FOLLOWING NAMED DEFENDANT:
   CITIBANK NA
   C/O LEGAL SERVICES
   5800 S CORPORATE PL MAIL CODE 451
   SIOUX FALLS SD 57108

CASE NO: **2021 CVF 007034**

If you need legal assistance but cannot afford a lawyer, please contact the Legal Aid Society of Columbus at (614) 241-2001 to find out if you are eligible for free legal services. For information on self representation visit the FCMC Self-Help Resource Center, 375 S. High Street, 6th Floor, Columbus Ohio 43215. HTTP://WWW.FCMCSELFHELPCENTER.ORG
If you need an Interpreter please email your request to InterpreterScheduling@fcmcclerk.com or call (614) 645-7455

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY MUNICIPAL COURT BY THE PLAINTIFF(S)

**LAURIE DONAHUE 6046 KENZIE LN    DUBLIN OH 43017**

THE NAME AND ADDRESS OF THE ATTORNEY FOR THE PLAINTIFF IS:

**KERRY M DONAHUE
6295 EMERALD PARKWAY    DUBLIN OH 43016**

\* \* \* A COPY OF THE COMPLAINT IS ATTACHED TO THIS SUMMONS \* \* \*

YOU MUST RESPOND TO THE COMPLAINT IN WRITING. IF YOU DO NOT, NO HEARING WILL BE SET AND A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU.

IN ORDER TO RESPOND TO THE COMPLAINT, YOU MUST DO THREE THINGS:
   1. PREPARE A WRITTEN ANSWER OR MOTION AND SEND A COPY OF YOUR ANSWER OR MOTION TO THE PLAINTIFF'S ATTORNEY (OR TO THE PLAINTIFF, IF THE PLAINTIFF HAS NO ATTORNEY). THIS MUST BE DONE WITHIN 28 DAYS AFTER THIS SUMMONS WAS SERVED ON YOU.

   2. FILE YOUR ANSWER OR MOTION WITH THE CLERK OF THIS COURT NO LATER THAN 3 DAYS AFTER YOU SEND A COPY OF YOUR ANSWER OR MOTION TO THE PLAINTIFF'S LAWYER OR THE PLAINTIFF.

   3. INCLUDE WITH YOUR ANSWER OR MOTION, OR WITH ANY DOCUMENT YOU FILE WITH THE CLERK OF COURT, A STATEMENT SIGNED BY YOU THAT STATES THAT YOU SENT A COPY OF WHAT YOU FILED TO THE PLAINTIFF'S ATTORNEY (OR TO THE PLAINTIFF, IF THE PLAINTIFF HAS NO ATTORNEY), THE DATE YOU SENT IT, AND HOW IT WAS SENT. THIS STATEMENT IS CALLED A *CERTIFICATE OF SERVICE*. THE STATEMENT MAY BE AT THE END OF YOUR DOCUMENT OR ON A SEPARATE SHEET OF PAPER. ] A SAMPLE *CERTIFICATE OF SERVICE* IS ATTACHED [ ON THE BACK OF THIS SUMMONS.]

LORI M. TYACK, CLERK OF COURT
BY: CLERK 6227  DEPUTY CLERK

C001338628

THE DEFENDANT SHOULD DISREGARD THIS SECTION. IT IS FOR BAILIFF'S USE ONLY.

I RECEIVED THIS SUMMONS ON _____ AT _____ .M.; AND WITH REGARD TO MAKING SERVICE UPON THE DEFENDANT

( ) I LOCATED HIM AND TENDERED A COPY OF SUMMONS AND ACCOMPANYING DOCUMENTS. DATE OF PERSONAL SERVICE: _____

( ) I LEFT AT HIS USUAL PLACE OF RESIDENCE WITH A PERSON OF SUITABLE AGE AND DISCRETION THIS RESIDING THEREIN, A COPY OF THE SUMMONS, A COPY OF THE COMPLAINT, AND ACCOMPANYING DOCUMENTS.
DATE OF RESIDENCE SERVICE: _____

( ) I WAS UNABLE TO SERVE A COPY OF THE SUMMONS UPON THE DEFENDANT FOR THE FOLLOWING REASONS:

DATE _____    BY _____    SERVICE BAILIFF    GENSUM.FRM

*SAMPLE PROOF OF SERVICE*

## CERTIFICATE OF SERVICE

### I certify that a copy of this document was mailed to:

_____
*Name of Opposing Party's Attorney (or Opposing Party if there is no attorney)*

### by regular United States Mail to:

_____
*Street Address*

_____
*City, State, Zip Code*

on _____.
    *Date*

_____
Signature

_____
Print Name

_____
Street Address

_____
City, State, Zip code

_____
Telephone Number (Required)

IN THE MUNICPAL COURT OF
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

Laurie Donahue
6046 Kenzie Lane
Dublin, Ohio 43017

                Case No.

     Plaintiff,

v.

Citigroup Inc.
388 Greenwich Street
New York, NY 10013

and

Jane Fraser
388 Greenwich Street
New York, NY 10013

and

Citibank, N.A.
c/o Legal Services
5800 South Corporate Place
Mail Code 451
Sioux Falls, SD 57108

     Defendants.

## COMPLAINT

Now comes Laurie Donahue credit card holder of Citi Card account ending in 5489 (hereinafter "Plaintiff"), and makes the following legal complaint, and otherwise asserts the following causes of action against Citigroup Inc. a corporation DBA under numerous names but including Citi Cards and its CEO Jane Fraser who took over for Michael L. Corbate who both tolerate unfair trade practices and violation of consumer

rights of clients of the corporation which corporation also DBA Citibank, N.A. (hereinafter "Defendants")

## GENRAL FACTS

1. Plaintiff is an individual consumer residing in Dublin, Ohio, County of Franklin.
2. Defendant is a corporation run by Michael Corbate (believe replaced today by Jane Fraser), who does business under many names including Dba Citi Cards.
3. Plaintiff has been a client and card holder of Defendants since 1995.
4. In twenty-five years, Plaintiff has never missed or been late on a card payment.
5. On Monday December 28th following the due date of Sunday December 27th of a payment on the account in the amount of $211.00 Plaintiff was called on or about 8:00 AM and told her payment was late.
6. Plaintiff confirmed that was false.
7. Plaintiff confirmed that a check had been timely sent.
8. Due date of Sunday December 27th check sent on December 21st.
9. Defendants kept calling persistently seeking the payment, which Plaintiff assured them had been duly sent.
10. Plaintiff filed an internal complaint with Citi Cards about the matter and received no response or relief.
11. On January 11, 2021 the below signed counsel was retained and sent the letter and documents supporting that the check was timely sent to Defendants, attached hereto and incorporated herein as "Exhibit A".
12. It confirms the check number, date sent from check register and print out of account demonstrating payment check number sequence.

13. No reasonable response was received to Exhibit A.

14. On January 15, 2021 Plaintiff received the e-mail attached hereto as "Exhibit B" indicating that Defendants finally located and processed the payment sent on 2/21/20.

15. It was requested that Citi preserve the envelope it was mailed in as potential evidence.

16. Again, no response from Defendants.

17. On receipt of her February statement Plaintiff discovered that Defendants had reduced Plaintiff's credit limit from $25,000 to $14,910 just slightly above the current balance.

18. There was once a balance of over $22,000 on the account but has since been paid down to just over $14,000.

19. The late payment, that was not late, as it was caused by internal negligence of Defendants was reported to the credit bureaus as was the decrease in the credit line from $25,000 to the approximate balance due of $14,000 implying that she has charged up to her credit limit.

20. That action painted an immediate false picture of the reduction in debt to a picture of maximization of debt.

21. Plaintiff was notified and did otherwise discover that this caused her FICO score and over-all credit rating to plummet.

22. This despite the proof of the payment being timely provided to Defendants and 25 years of on time payments.

23. Defendants were beyond the pale unreasonable.

24. Defendants harassed Plaintiff to the point she finally had to tell them to stop calling her daily.

## COUNT I

## BREACH OF CONTRACT

25. Plaintiff incorporates the allegations set forth in paragraphs one through twenty four as if completely rewritten herein.

26. Plaintiff entered into an adhesion contract with that has been amended numerous times.

27. A complete updated copy is solely in the possession of Defendants.

28. Plaintiff complied with all conditions of the contract.

29. Defendants breached the contract.

30. Plaintiff has been damaged by the breach of contract by Defendants.

## COUNT II

## INTENTIONAL INFLICTION OF SERIOUS EMOTIONAL DISTRESS

31. Plaintiff incorporate paragraphs one through thirty one as if fully rewritten herein.

32. A client of 25 years was intentionally harassed by Defendants over an error that was proven to be their own when they received they finally processed the payment mailed 12/21/20, on or about January 15, 2021.

33. Their constant calls finally forced Plaintiff to have to formally request to stop, as they were calling almost every day and were harassing Plaintiff.

34. Defendants harassed Plaintiff over a payment that had been properly and timely made

35. Their action in calling a client of 25 years one day after a Sunday due date (waking up the household) and harassing her, at what may have been prior to 8:00 in the morning was intentional and/or wantonly reckless.

36. Plaintiff suffered serious emotional distress including increased anxiety, difficulty sleeping (and being awoken) as a result of the outrageous collection methods and continued harassment of her by Defendants.

37. They attacked her incessantly and non-stop over a payment, considering the due date was a Sunday was not even late.

38. It turned out it was an internal error of Defendants.

39. Defendants phone people were provide the number on the check, the amount of the check, the date it was sent and none of this stopped the outrageous actions of Defendants.

40. Defendants eventually internally found the check which was exactly as described to them on the phone as far as check number, amount and date sent.

41. Then to top it all off she never received an apology when they finally found the check within their system.

42. They still punished her with negative reporting to credit bureaus the most significant being the unreasonable reduction of her credit limit by more than $10,000.00 based on a false premise.

43. It looks like a plan is in place to continue to lower the limit it as it is paid down although that has not been properly disclosed by Defendant to Plaintiff.

44. The poor treatment of Plaintiff was intentionally or with wanton recklessness and unreasonable considering the circumstances.

45. Plaintiff was damaged by the serious emotional distress caused her by the actions of Defendants.

46. Plaintiff now suffers from increased anxiety, difficulty sleeping, headaches, fear and paranoia and was often afraid to answer the phone for an extended period of time.

## COUNT III

## DEFAMATION

47. Paragraphs one through forty six are incorporated as if completely rewritten herein.

48. The Defendants made false reports to the credit bureaus.

49. The Defendants made reports to credit reporting agencies based on actions they unilaterally took which were wrongful, reckless and in breach of the contract and consumer protection statutes and credit reporting requirements.

50. The credit bureau reports were misrepresentations of the facts and circumstances.

51. The credit bureau reports were made without clear knowledge of the accuracy or reasonableness of the unilateral actions taken by Defendants based on their own inside errors.

52. Defendants made these false reports knowing they were false or being extremely reckless in that regard.

53. The credit companies relied on those reports to the damage and destruction of Plaintiff credit rating costing her damages then, now and in the future.

## COUNT IV

## VIOLATION OF OHIO CONSUMER PROTECTION STATUTE

54. Paragraphs one through fifty-three are incorporated as if entirely rewritten herein.

55. Defendants have violated the Ohio Consumer Protection Statute.

56. Defendants lied to Plaintiff and to third company reporting agencies.

57. Defendants contract contains items which are unconscionable.

58. Defendant has unjustly benefitted by a long-term relationship with Plaintiff that they have abused.

59. Plaintiff has been damaged by the violation and is also due attorney fees and treble damages plus $5,000 for the violation.

## COUNT V

## VIOLATION OF CONSUMER DEBT REPORTING STATUTES AND CREDIT REPORTING LIMITATIONS AND RESTRICTIONS

60. Plaintiff incorporates paragraph one fifty-nine as if fully rewritten herein.

61. This was a second violation of the Ohio Consumer Protection Statute.

62. Defendants improperly made false reports based on their own negligent actions to credit reporting bureaus.

63. Plaintiff was damaged by this false and either intentionally wrongful credit reporting or made with reckless disregard to the factors of Plaintiff/Client.

64. Defendant's violated the fair debt collection and reporting statutes and consumer protections both State and Federal.

## COUNT VI

## FAILURE TO WARN PLAINTIFF REGARDING ADUIO RECORDING AND DEBT COLLECTION INFORMATION USEAGE/VIOLATION OF RIGHT TO PRIVACY

65. Plaintiff incorporates paragraphs one through sixty-four as if fully rewritten herein.

66. Defendant recorded Plaintiff without notice, knowledge or within the bounds of the law.

67. Defendants harassed Plaintiff and violated her right to privacy.

68. Defendants were unreasonable based on the circumstances to violate proper debt collection practices.

69. There was no debt here despite the actions of Defendants as they initially misplaced the payment that they eventually found.

70. Plaintiff was not properly advised of her rights.

71. Plaintiff was abused by Defendants without reason.

72. Defendants have destroyed the long time and hard built excellent credit rating of Plaintiff.

Wherefore, Plaintiff demands judgment in the amount of $15,000.00 including treble damages and reasonable attorney fees, plus court costs and pre and post-judgment interest at the current statutory rate.

RESPECTFULLY SUBMITTED:



Kerry M. Donahue
6295 Emerald Parkway
Dublin, Ohio 43016
Telephone: (614) 761-0402
Facsimile: (614) 789-9866
bedonwahoo@aol.com

| | | |
|---|---|---|
| Scott P. Bellinger<br>Kerry M. Donahue*<br>*Also admitted in Florida | **BELLINGER & DONAHUE**<br>Attorneys At Law | 6295 Emerald Parkway<br>Dublin, Ohio 43016<br>Office 614-761-0402<br>Fax 614-789-9666 |

January 11, 2021

Re: Laurie Donahue, 6046 Kenzie Lane, Dublin, Ohio 43017, Citi Card Account ending in 5489.

Legal Division Citi Bank
P.O. Box 6004
Sioux Falls, SD 57117-6004

Dear Citi Bank Legal Division:

Laurie Donahue has retained me to file litigation on her behalf against your company for recent outrageous conduct committed against her by you.

First, she has been a cardholder since 1995. That is 25 years!

These are tough times considering COVID19 and other economic hardships imposed upon the American People. Your treatment of Laurie Donahue is more egregious because we all should be showing special kindness to all.

For 25 years she has not made a late payment or an underpayment. You have recently wrongfully accused her of doing both.

I know this because she has me manage her finances and I pay her card every month. The current matter, called to her attention at 7:55 AM, when she was rudely called by one of your employees was that a payment was one day late. This was one day after it was due. She inquired of me and I told her that check number 8584 in the amount of $220.00 was sent to Citi Bank on 12/21/20. After blowing up her phone every morning for several days she suggested that delays due to the holidays might have caused the check delay or that YOUR COMPANY mishandled the check. I kept checking to see if it had been cashed and when it was not, she made the payment by Debit card. The payment made 12/21 and taken to the post office on that day, as all my mail always is, should have gotten there on or before 12/27 the due date. That you waited one day on a 25 year old account to start harassing her is amazing to me. Your employees were nasty and treated her very poorly almost abusively over this. I should let you know that packages I and other have sent before Christmas, have yet to be delivered to date in some circumstances. Your company has surely heard of the poor USPS job done as far back as the election and then with COVID and the problems with USPS employees, that have been substantial. After 25 years she deserved the benefit of the doubt considering your awareness of the problems.

In that regards, I have attached my online bank statement and my check book register to show the check was sent to you in the ordinary course of business. This claim you made that there was an underpayment

January 11, 2021
- 2 -

has never been previously explained. We have no record of any "under payment". Please explain this odd claim.

You have now wrongfully damaged her credit rating and lowered her credit limit both unjustly and unexplained. Your harassment continued. She is ill and does not need to be treated like this. It is outrageous

She is so angry she requested that I immediately begin litigation against you for harassment no matter the cost for, breach of contract, unjust enrichment, intentional infliction emotional distress and violation of the Ohio Consumer Protection Statute which would award $5,000 plus three times actual damages plus court costs and attorney fees.

To avoid the coming litigation you need to correct the disinformation you provided to any credit bureau and provide proof you have done so. You need to issue a credit for a late charge and you need to restore the credit limit (an apology would be nice but not required).

Since the next bill is due 1/27/21 I will have to act on this matter prior to that date so it is important you respond quickly. As part of that filing in Franklin County Municipal Court I will seek an injunction stopping the need for further payments while the case is pending, so in anticipation, we will consider ceasing payments due to the outrageous actions against my client Laurie until the case is decided in the lower or higher Court.

You can call me (614) 353-0080 or Laurie at 614-843-4333 or e-mail me at bedonwahoo@aol.com. When she is not ill, she acts as my sometime assistant, so your calling her with kindness and not early in the morning is acceptable.

If you have question or concerns, please let me know.

Tank you for your attention to this matter. I look forward to a peaceful resolution.

Sincerely,

Kerry M. Donahue, Esq.
bedonwahoo@aol.com

| Date | Description | Type |
|---|---|---|
| Jan 8, 2021 | CHECK # 8597 \| See details of this check 8597 | Check |
| Jan 8, 2021 | CHECK # 8599 \| See details of this check 8599 | Check |
| Jan 8, 2021 | DEPOSIT \| See details of this depositSee details of this deposit | Deposit |
| Jan 6, 2021 | CHECK # 8589 \| See details of this check 8589 | Check |
| Jan 6, 2021 | CHECK # 8596 01/06 \| See details of this check 8596 | Check |
| Jan 4, 2021 | CHECK # 8595 \| See details of this check 8595 | Check |
| Dec 31, 2020 | CHECK # 8592 \| See details of this check 8592 | Check |
| Dec 30, 2020 | CHECK # 8590 \| See details of this check 8590 | Check |
| Dec 30, 2020 | REAL TIME TRANSFER RECD FROM ABA/021000021 FROM: SQUARE REF: T200329311940 INFO: IID: 20201230021000021P1BRJPM00100056845 RECD: 20:23:09 TRN: 1446870365RU | Misc. credit |
| Dec 29, 2020 | CHECK # 8593 \| See details of this check 8593 | Check |
| Dec 29, 2020 | CHECK # 8594 \| See details of this check 8594 | Check |
| Dec 29, 2020 | CHECK # 8591 \| See details of this check 8591 | Check |
| Dec 28, 2020 | DEPOSIT \| See details of this depositSee details of this deposit | Deposit |
| Dec 24, 2020 | CHECK # 8586 \| See details of this check 8586 | Check |
| Dec 24, 2020 | CHECK # 8583 \| See details of this check 8583 | Check |

| Date | Description | Type |
|---|---|---|
| Dec 23, 2020 | CHECK # 8588 | See details of this check 8588 | Check |
| Dec 23, 2020 | CHECK # 8587 | See details of this check 8587 | Check |
| Dec 21, 2020 | DEPOSIT | See details of this depositSee details of this deposit | Deposit |
| Dec 17, 2020 | CHECK # 8581 12/17 | See details of this check 8581 | Check |



| | | DESCRIPTION OF DEPOSITS | | | | FIGURE HERE |
|---|---|---|---|---|---|---|
| DATE OF DEP. | SOURCE OF ITEM | NATURE OF ITEM | AMOUNT OF ITEM | TOTAL AMOUNT OF DEPOSIT | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

USE SPACES BELOW FOR ITEMS WHICH CAN BE DEDUCTED FROM INCOME SUBJECT TO TAX

| NUMBER | DATE | ISSUED TO | PURPOSE | AMOUNT | AMOUNT DEDUCTIBLE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| NUMBER | DATE | ISSUED TO | IN PAYMENT OF | AMOUNT | ✓ | DATE OF DEPOSIT | AMOUNT OF DEPOSIT | 2/21 |
|---|---|---|---|---|---|---|---|---|
| 12/14 | 8580 | KPMD, LLC | | 729.15 | | | | |
| 12/15 | 81 | Bellinger-Donahue | | 477.5 | | | | 1,213 |
| | | Deposit - Hornbrush | | | | | 500 | 1,213 |
| 12/21 | | Deposit County | | | | | 800 | |
| | | Dep PTO | | | | | 81 | 2,594 |
| 1/2 | 82 | First Merchants Bank | | 50 | | | | |
| | 83 | IRS | | 589.03 | | | | |
| | 84 | Citi Cards | | 220 | | | | |
| | 85 | Smile Doctors | | 136.21 | | | | |
| | 86 | Capital One | | 20 | | | | |

⑆008605⑆ ⑆044000037⑆ 623047677⑆

**EXHIBIT "B"**



Sent from my iPhone

Begin forwarded message:

**From:** Citi® Dividend Card <citicards@info6.citi.com>
**Date:** January 15, 2021 at 11:16:48 AM EST
**To:** "LAURIE DONAHUE" <lauriedublin@aol.com>
**Subject: Confirmation of Payment**

Next time, pay your bill even faster

### CONFIRMATION



🔒 Laurie A Donahue
Cardmember since 1995
Account ending in 5489



## Thanks for your payment

A recent payment of $220.00 was mailed to us for the account ending in 5489.

### Take control of your payments from virtually anywhere*

Next time, quickly and easily pay your bill using any checking, money market, or savings account - at home or on the go - with Citi® Online or the Citi Mobile® App. Make same-day payments and see your updated balance instantly, or sign up for AutoPay. You can also check recent transactions and sign up for notifications when payments are due.

Citi is at your side before, during and after every purchase.

Your Citi Team

### 💲 Grow your savings today with a great rate

Expand your relationship with Citi. Open a high-yield savings account today to take advantage of one of our highest variable rates (select markets only), no limit on earnings, and no minimum opening deposit needed. Plus, your money is always protected with the coverage of FDIC insurance. Deposits are FDIC insured up to $250,000 per depositor, for each account ownership category.

Learn More

View Your Account | Pay Your Bill | Contact Us

Download the Citi Mobile® App

  

Apple and the Apple logo are trademarks of Apple, Inc., registered in the U.S. and other countries. App Store is a service mark of Apple, Inc., registered in the U.S. and other countries. Android, Google Play, and the Google Play logo are trademarks of Google LLC.

Citibank is not responsible for products and service offered by other companies.

     Privacy     Security

🔒 The account information near the lock icon at the top of this email helps verify that it was sent by Citi.

This email is to keep you informed about your Citibank credit card, including service updates and other information about your account. Have questions? Please do not reply to this service email. Instead, just contact us.

Citibank Customer Service PO Box 6500 Sioux Falls, SD 57117

©2021 Citibank, N.A. Citi, Citibank, Citi with Arc Design and Citi Mobile are registered service marks of Citigroup Inc.

*Citibank does not charge you a fee for using the Citi Mobile App. However, you must have a web-enabled cell or smartphone and your wireless carrier may charge you a fee for this service. Information and services through the Citi Mobile App are dependent on Internet access.

L0250042001 I20210111500164405 004

Franklin County Municipal Court
375 South Hight Street
Columbus OH 43215




USPS CERTIFIED MAIL

9214 8901 7858 6200 0002 8486 15

```
C 001 338 628
2021 CVF 007034

CITIBANK NA
C/O LEGAL SERVICES
5800 S CORPORATE PL MAIL CODE 451
SIOUX FALLS SD 57108
```

